PROB 12C
(6/16)

Report Date: July 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Quinn Doherty        Case Number: 0980 2:11CR00182-WFN-1

Address of Offender: ███████████████  Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 3, 2012

Original Offense:   Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) & 18:2;
Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) & 18:2;
Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:   Prison - 120 Months;        Type of Supervision: Supervised Release
TSR - 60 Months

Asst. U.S. Attorney:   Patrick J. Cashman       Date Supervision Commenced: June 16, 2021

Defense Attorney:    Julian Elizabeth Trejo     Date Supervision Expires: June 15, 2026

## PETITIONING THE COURT

To issue a **SUMMONS**.

On June 16, 2021, Mr. Ryan Quinn Doherty signed his conditions of supervision relative to case number 2:11CR00182-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Doherty is alleged to have violated special condition number 17 by ingesting alcohol on or about July 1 and 4, 2022, based on received police reports, as well as the client's admission of such use.<br><br>On July 4, 2022, the U.S. Probation Office in Spokane received a number of automated law enforcement notifications serving to notify the U.S. Probation Office that the client's name had been run by law enforcement, specifically by the Spokane Police Department. On July 5, 2022, the client sent the undersigned officer a text message requesting a return call. It |

Prob12C
Re: Doherty, Ryan Quinn
July 12, 2022
Page 2

should be noted that the undersigned officer was out of the office at the time the notification was sent and, therefore, this text message was not received until July 11, 2022.

On July 7, 2022, police reports were received from the Spokane Police Department about the incident that occurred involving the client on July 4, 2022. According to police reports, on July 4, 2022, law enforcement responded to a call regarding an assault occurring outside of a residence on East Euclid in Spokane. Dispatch advised that multiple callers had reported a fight between male subjects. Upon arrival, law enforcement observed a white male, later identified as the client, lying on the ground, and both a female and a male, later identified as the homeowner, entering the residence.

Law enforcement contacted the homeowner, who was also the other party engaged in the altercation. According to the homeowner, he had invited some friends over on the day in question to drink, which included the client. The client had too much to drink and they became engaged in an argument, at which time the client began threatening the party, to include threats to "kill his family." Upon walking toward his vehicle to leave, the client stated he would be returning to kill the homeowner's family, at which time he took a swing at the homeowner who promptly defended himself. The client then attempted to access the homeowner's residence, at which time the homeowner indicated he threw the client to the ground to protect his family. The party then indicated he held the client down until law enforcement arrived. The party indicated that he did not wish to pursue charges and instead only wanted the client to leave.

Additional statements were taken from a neighbor as well as additional guests who were at the residence and who largely corroborated the statement made by the homeowner, additionally adding that the client had threatened to "get a gun and hurt people." Mr. Doherty was provided the opportunity to make his own statement to law enforcement, at which time he stated he "didn't know shit." Law enforcement noted that the client would otherwise not speak with law enforcement other than providing them with his first name and advising he wanted to go home. Law enforcement noted that the client smelled of alcohol and was not speaking clearly and was "mostly mumbling." The client was later identified after law enforcement found and secured the client's wallet in his left rear pocket. The client was subsequently transported to the hospital due to his injuries.

On July 11, 2022, Mr. Doherty was contacted by the undersigned officer and directed to report to the U.S. Probation Office. The client subsequently reported as directed and ultimately admitted to ingesting alcohol on or about both July 1 and 4, 2022, later clarifying that on July 1, 2022, he had approximately three beers with dinner, and on July 4, 2022, he had begun drinking with friends after he had been invited to a personal residence after running into an old friend. Mr. Doherty indicated, on July 4, 2022, he remembered drinking three beers, but did not remember anything thereafter, subsequently waking up in the hospital to staff asking if he had a ride home. Mr. Doherty presented this officer with a photo of himself while in the hospital in which he was almost unrecognizable due to sustained bruising, swelling, and facial disfigurement. Mr. Doherty submitted to Breathalyzer testing on the day in question which tested negative.

The U.S. Probation Office respectfully recommends the Court **issue a <u>SUMMONS</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Doherty, Ryan Quinn
July 12, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 12, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/12/2022
Date